IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DEBRAYSHIA DOUGLAS**                                                                  **PLAINTIFF**

v.                                                  CIVIL ACTION NO. 3:23-CV-323-MPM-RP

**MARATHON MANAGEMENT LLC, et al.**                            **DEFENDANT**

### ORDER

On August 30, 2023, Magistrate Judge Percy entered a Report and Recommendation (R&R) recommending that this *pro* se action be dismissed as frivolous. Plaintiff did not file a response in opposition to the R&R, nor did she request additional time to do so. Having considered the Magistrate Judge's R&R, this court concludes that it is well reasoned and should be adopted as its order.

It is therefore ordered that the Magistrate Judge's R&R is adopted as the order of this court, and this case is dismissed with prejudice as frivolous.

A separate judgment will be entered this date, pursuant to Fed. R. Civ. P. 58.

This, the 29th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

1