IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DEBRAYSHIA DOUGLAS**                                                        **PLAINTIFF**

v.                                     CIVIL ACTION NO. 3:23-CV-323-MPM-RP

**MARATHON MANAGEMENT LLC, et al.**                           **DEFENDANT**

## JUDGMENT

For the reasons given in the court's order entered this date, it is hereby ordered and adjudged that this case is dismissed with prejudice as frivolous.

This, the 29th day of September, 2023.

                                                           /s/ Michael P. Mills
                                                           UNITED STATES DISTRICT JUDGE
                                                           NORTHERN DISTRICT OF MISSISSIPPI